THE HONORABLE S. KATE VAUGHAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE ADRIAN,

    Plaintiff,

v.

ISLAND COUNTY, and JOHN NIEDER, a single individual,

    Defendants.

No. C22-0951-SKV

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL

NOTE ON MOTION CALENDAR:
*August 29, 2022*

## I.    STIPULATION

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), LCR 7(d)(1), and LCR 10(g), the parties, by and through their undersigned counsel of record, stipulate, agree, and request and that all of Plaintiff's claims and causes of action in the above captioned matter be dismissed with prejudice and with each party to bear her or its own attorney fees and costs.

DATED this 29th day of August, 2022.

| JACKSON LEWIS P.C. | Law Office of Rodney R. Moody |
|---|---|
| By: *s/ Michael A. Griffin*<br>Michael A. Griffin, WSBA #29103<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>206-626-6416<br>Michael.Griffin@jacksonlewis.com | By: *s/ Rodney R. Moody*<br>Rodney R. Moody, WSBA #17416<br>2707 Colby Ave., Suite 603<br>Everett, WA 98201<br>rmoody@rodneymoodylaw.com |
| Counsel for Defendant | Counsel for Plaintiff |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL - 1
(Case No. C22-0951-SKV)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

## II. ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED. The above-captioned matter and all claims and causes of action are hereby DISMISSED WITH PREJUDICE and with each party to bear her or its own attorney fees and costs.

DATED this 6th day of September, 2022.

*(signature)*
S. KATE VAUGHAN
United States Magistrate Judge

*Presented by:*

| | |
|---|---|
| JACKSON LEWIS P.C. | Law Office of Rodney R. Moody |
| By: *s/ Michael A. Griffin*<br>Michael A. Griffin, WSBA #29103<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>206-626-6416<br>Michael.Griffin@jacksonlewis.com | By: *s/ Rodney R. Moody*<br>Rodney R. Moody, WSBA #17416<br>2707 Colby Ave., Suite 603<br>Everett, WA 98201<br>rmoody@rodneymoodylaw.com |
| Counsel for Defendant | Counsel for Plaintiff |

STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL - 2
(Case No. C22-0951-SKV)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404